UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SHANNON SCHROEDER,**

    **Plaintiff,**

**v.**                                      Case No.  8:06-cv-1498-T-30TBM

**LASSETTER & ASSOCIATES, INC.,**
**et al.,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Notice of Settlement and Unopposed Motion to Dismiss With Prejudice (Dkt. #21).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Unopposed Motion to Dismiss With Prejudice (Dkt. #21) is GRANTED.

2. This cause is dismissed with prejudice.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on November 13, 2006.

                                                                         JAMES S. MOODY, JR.
                                                                         UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2006\06-cv-1498.dismissal 21.wpd